**Fill in this information to identify the case:**

Debtor 1    Sharon Kay Finch

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Middle         District of    Tennessee
                                                                        (State)

Case number    3:16-bk-02568

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A., f/k/a Bank One, National Association as Trustee for Centex Home Equity Loan Trust 2002-A

**Court claim No. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account:  4406

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☒ Yes. Date of the last notice:  10/18/2016

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 7/12/2016 | (5) $ 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Sharon Kay Finch | | Case Number *(if known)* | 3:16-bk-02568 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ **Jamie D. Hanawalt**
Signature

Date **December 7, 2016**

Print: Jamie D. Hanawalt
First Name  Middle Name  Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Dr. Suite 200; P.O. Box 17933
Number  Street
San Diego    CA    92177-0933
City    State'    Zip Code

Contact phone (858)-750-7600

Email PCN-PPFN.Inquiries@nationstarmail.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DISTRICT

| In re | Case No. 3:16-bk-02568 |
|---|---|
| SHARON KAY FINCH, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, ___Sonja J. Lubert_____, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On December 15, 2016, I served the Notice of Postpetition Mortgage Fees, Expenses, and Charges in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows. A total of three (3) parties have been served. SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2016

/s/Sonja J. Lubert
SONJA J. LUBERT
ALDRIDGE PITE, LLP
4375 Jutland Dr., Suite 200
P.O. Box 17933
San Diego, CA 92117-0933
Telephone: (858) 750 7600
Facsimile: (619) 590-1385

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Sharon Kay Finch
6516 LONGVIEW DRIVE
MURFREESBORO, TN 37129


**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Mark Richard Podis
Mark Podis & Associates
1161 Murfreesboro Road, Suite 300
Nashville, TN 37217
PodisBankruptcy@aol.com


**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

HENRY EDWARD HILDEBRAND,
OFFICE OF THE CHAPTER 13
TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019
hhecf@ch13nsh.com